HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY WEBB and DONNA WEBB, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY, a Foreign Corporation doing business in Washington, DOES I-V,<br><br>Defendant. | No.: 2:24-cv-00431-JNW<br><br>STIPULATED MOTION TO EXTEND CERTAIN DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>Wednesday, March 12, 2025 |

# I. INTRODUCTION AND RELIEF REQUESTED

Pursuant to LCR 10(g), LCR 16(b)(6), and Fed. R. Civ. P. 16(b)(4), Plaintiffs Jeffery Webb and Donna Webb ("Plaintiffs") and Defendant Travelers Home and Marine Insurance Company ("Defendant" or "Travelers") (collectively, the "Parties") jointly move the Court for an order extending certain deadlines.

# II. STATEMENT OF FACTS

The Parties incorporate the Statement of Facts outlined in Dkt. 13 herein. Trial is set for November 3, 2025. Plaintiffs secured a contractor's estimate that Defendant is reviewing. In addition, the Parties are scheduling mediation for the end of May. Between the filing of

this stipulation and the mediation, the Parties will have also conducted an inspection of the property with Defendant's expert contractor. The Parties continue to believe that early settlement is possible and wish to mediate the case before incurring additional and unnecessary litigation costs. As such, the Parties wish to extend the following deadlines: (1) Disclosure of Expert Testimony; (2) Disclosure of Rebuttal Expert Testimony; (3) Discovery Motions; and (4) Completion of Discovery.

### III. AUTHORITY

Good cause exists to continue the case deadlines pursuant to Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6) because the Parties wish to minimize the use of judicial resources by mediating this case prior to disclosure expert testimony.

A trial schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Good cause exists where parties seeking modification of a scheduling order cannot meet the order's timetable, even with the exercise of due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

There is good cause to continue certain case deadlines to allow the parties the opportunity to inspect the property, compare expert estimates, and complete mediation. The Parties wish to complete these tasks while avoiding the expense of expert and rebuttal expert reports at this stage. The Parties are not seeking a continuance to delay resolution of this case—rather, the Parties wish to minimize litigation expenses and focus their attention on resolving this case at mediation.

The extension of these deadlines is not intended to affect the other deadlines set in Dkt. 15. The Parties respectfully propose the following extended deadlines listed in the table below:

/ / /

/ / /

/ / /

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | April 4, 2025 | June 6, 2025 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (see LCR 7(d)) | May 5, 2025 | July 2, 2025 |
| Discovery completed by | June 3, 2025 | July 11, 2025 |

## IV. CONCLUSION

For the foregoing reasons, the Parties respectfully and jointly request that the Court find that there is good cause to extend certain case deadlines and enters an order extending certain case deadlines as proposed above, pursuant to Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6).

The Parties certify that this motion contains 509 words in compliance with the Local Civil Rules.

/s/ Robert D. Bohm, per email permission
Robert D. Bohm, WSBA #42703
ROBERT D. BOHM, PLLC
PO Box 25536
Federal Way, WA 98093
Email:  rdbohm@premisesinjurylaw.com
**Counsel for Plaintiffs**

/s/ Jesse Froehling, per email permission
Jesse Froehling, WSBA #47881
Daniel McLafferty, WSBA #45243
BASTION LAW, PLLC
113 Cherry St., PMB 97380
Seattle, WA 98104-2205
Email:  jesse@bastion.law
Email:  dan@bastion.law
**Counsel for Plaintiffs**

/s/ Caitlyn E. Robinson
Pamela J. DeVet, WSBA #32882
Caitlyn E. Robinson, WSBA #60055
BULLIVANT HOUSER BAILEY PC
925 Fourth Ave. Suite 3800
Seattle, WA 98104
Email:  pamela.devet@bullivant.com
Email:  caitlyn.robinson@bullivant.com
**Counsel for Defendant**

## PROPOSED ORDER

It is so ordered.

DATED this 13th day of March, 2025.

                                            *Jamal W.*

Jamal N. Whitehead
United States District Judge

4927-1345-3605.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below that are registered:

| | |
|---|---|
| Robert D. Bohm, WSBA # 42703<br>ROBERT D. BOHM, PLLC<br>PO Box 25536<br>Federal Way, WA 98093<br>E-mail: rdbohm@premisesinjurylaw.com | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |

Jesse Froehling, WSBA #47881
Daniel McLafferty, WSBA #45243
BASTION LAW, PLLC
113 Cherry Street, PMB 97380
Seattle, WA 98104-2205
E-mail: jesse@bastion.law
E-mail: dan@bastion.law

*Attorneys for Plaintiffs*

Dated this 12th day of March, 2025.

　　　　　　　　　　　　　　　　　　　/s/ Diane M. Lindberg
　　　　　　　　　　　　　　　　　　Diane M. Lindberg, Legal Assistant
　　　　　　　　　　　　　　　　　　E-mail: diane.lindberg@bullivant.com

4927-1345-3605.1