UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY WEBB and DONNA WEBB,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY<br><br>Defendants. | No. 2:24-cv-00431-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF<br><br>NOTE ON MOTION CALENDAR: OCTOBER 30, 2025 |

The parties, through counsel, respectfully request that the Court amend the Scheduling Order (Dkt. 20) to allow the parties to conduct a single deposition, pursuant to Fed. R. Civ. P. 30(b)(6) within 60 days of the date of the Court's Order.

ARGUMENT

A scheduling order may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). As good cause, the parties jointly agree to the following facts: The parties are conducting settlement discussions that they remain hopeful will result in the resolution of this case. The parties have met and conferred regarding a notice of deposition, pursuant to Fed. R. Civ. P. 30(b)(6) and have agreed on a notice that will allow the deposition to go forward. The parties agreed to a date for the deposition that was prior to the discovery cutoff but because the

BASTION LAW
600 1st Ave Ste 330
PMB 97380
Seattle, WA 98104
P: 206-274-9380

parties were continuing settlement discussions, both agreed that the time and expense of preparing a witness and defending a deposition, would be better served as a potential source of settlement.

In the event that the parties are unable to resolve the case, they respectfully request the Court amend the scheduling order to allow this single deposition to occur within 60 days of the date of the Court's order.

## CONCLUSION

For the foregoing reason, the parties respectfully request the Court grant their motion

DATED on October 30, 2025.

| BASTION LAW, PLLC | KENNEDYS CMK LLP |
|---|---|
| BY: /s/ Jesse Froehling<br>Jesse Froehling, WSBA #47881<br>600 1st Ave. Ste 330. PMB 97380.<br>Seattle, WA 98104-2205<br>P: 206-274-9380<br>*Attorney for Plaintiffs* | /s/ Pamela J. Devet<br>Pamela J DeVet, WSBA #32882<br>1420 Fifth Ave. Ste 2200<br>Seattle, WA 98101<br>P: 564-224-0109<br>*Attorney for Defendant* |

## ORDER

It is ordered that the plaintiff may take a single 30(b)(6) deposition within sixty (60) days of this Order. All other deadlines remain as previously set per the Court's Order dated May 23, 2025, and will not be changed "absent extraordinary circumstances." *See* Dkt. No. 20.

Dated: November 4, 2025

Jamal N. Whitehead
United States District Judge

- Page 2
Case No. 2:24-cv-00431-JNW

BASTION LAW
600 1st Ave Ste 330
PMB 97380
Seattle, WA 98104
P: 206-274-9380